United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  FILBERTO GONZALEZ-MALDONADO,          No. C-05-2148 MMC
12         Petitioner,                    **ORDER DIRECTING PETITIONER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED OR TRANSFERRED FOR LACK OF SUBJECT MATTER JURISDICTION**
13     v.
14  ALBERTO R. GONZALES,
15         Respondent
16                                    /
17         By order filed May 18, 2005, the Ninth Circuit transferred to the district court
18  petitioner's petition for review of the Board of Immigration's order of removal, with
19  instructions for the district court to treat the petition as a petition for a writ of habeas corpus
20  under 28 U.S.C. § 2241.
21         Pursuant to § 106(a) of the newly-enacted Real ID Act of 2005, Pub. L. No. 109-13,
22  119 Stat. 231 ("Real ID Act"), however, federal district courts no longer have jurisdiction to
23  review removal orders through a § 2241 habeas petition or otherwise.  Section 106(a) of
24  the Real ID Act expressly amends 8 U.S.C. § 1252(a) to provide that United States Courts
25  of Appeals shall be the sole and exclusive means for judicial review of orders of removal.
26  Consequently, it appears that the Court lacks jurisdiction over the petition.
27         Accordingly, petitioner is hereby ORDERED TO SHOW CAUSE, in writing and no
28  later than June 24, 2005, why the instant petition should not be either dismissed or

1 | transferred back to the Ninth Circuit Court of Appeals for lack of subject matter jurisdiction.
2 | See Real ID Act § 106(a)(1)(B) (providing for dismissal of petition filed in district court after
3 | enactment); § 106(c) (providing for transfer of petition pending in district court prior to
4 | enactment).[1]  Respondent may file, no later than July 8, 2005, a response to petitioner's
5 | showing.  As of July 8, 2005, the Court will take the matter under submission.
6 | **IT IS SO ORDERED.**

8 | Dated:  June 2, 2005               /s/ Maxine M. Chesney
                                        MAXINE M. CHESNEY
9 |                                    United States District Judge

---

[1] The instant petition was filed in district court on May 25, 2005, but was filed in the Ninth Circuit in 2002.

2