KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FILBERTO GONZALEZ-MALDONADO, ) ) Petitioner, ) ) v. ) ) ALBERTO GONZALES, Attorney General ) of the United States, ) ) Respondent. ) ) | No. C 05-2148 MMC<br><br>**STIPULATION OF DISMISSAL** |

    Subject to the Court's approval, Respondent, the Attorney General of the United States, and Petitioner, Filberto Gonzalez-Maldonado, hereby stipulate to dismiss the petition for writ of habeas corpus in the above-entitled proceeding because, on July 6, 2005, the Board of Immigration Appeals ("BIA"), on its own motion, vacated its prior order (the order which is currently under review in this petition), reopened the case, and remanded the case to the Immigration Judge for further proceedings and for the entry of a new decision consistent with *Molina-Camacho v. Ashcroft*, 393 F.3d 937 (9th Cir. 2004).

    In light of the fact that the BIA order upon which this petition for writ of habeas corpus is based has been vacated, this matter is moot. Therefore, the parties respectfully request that the Court dismiss the petition. The parties will bear their own costs.

MOTION TO DISMISS
C 05-2148 MMC

Dated: July 7, 2005                                         Respectfully submitted,

                                                            KEVIN V. RYAN
                                                            United States Attorney


                                                            _____/s/_____
                                                            EDWARD A. OLSEN
                                                            Assistant United States Attorney


Dated: July 7, 2005                                         LAW OFFICE OF CHARLES E. NICHOL



                                                            _____/s/_____
                                                            CHARLES E. NICHOL
                                                            Attorney for Petitioner


## (PROPOSED) ORDER

Pursuant to Stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT this case is dismissed.  Each party shall bear its own costs.

**APPROVED**
**Judge Maxine M. Chesney**

Dated:   July 7, 2005                                       _____
                                                            HONORABLE MAXINE M. CHESNEY
                                                            United States District Judge

MOTION TO DISMISS
C 05-2148 MMC